ent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ALFRED G. FONTANA and Another v. GEORGES TARRACINI and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

RENEE H. CANALIZO v. M. WILLIAM BERMAN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

HESTER SMITH v. IDA L. J. HURLBUT and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ABEL I. CULVER v. EDWARD F. MURRAY.— Motion to dismiss appeal denied, without costs, on condition that appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ABEL I. CULVER v. EDWARD F. MURRAY.— Motion to dismiss appeal denied, without costs, on condition that appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SIMEON B. MINDEN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

FANNIE GOLDSTEIN v. IDA WILLIAMS.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

HERMAN LUBETKIN v. EUGENE A. H. WATSON, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

SID BLAKE v. AGNES D. CLOUD.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

PATRICK O. LENNON v. LEATHER AND TEXTILE PRODUCTS COMPANY and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

PATRICK O. LENNON v. LEATHER AND TEXTILE PRODUCTS COMPANY and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

PATRICK O. LENNON v. LEATHER AND TEXTILE PRODUCTS COMPANY and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

DONELIN & MCDONOUGH, INC., v. WAX REALTY Co., INC., Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

TRENTON TRUST COMPANY v. EDWARD J. REILLY, Impleaded, etc.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. RAYMOND CAMACHO.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.